No. 1037, Misc. DUARTE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1041, Misc. SOVIERO ET AL. *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1043, Misc. GREEN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1045, Misc. DONALDSON *v.* O'CONNOR, STATE HOSPITAL SUPERINTENDENT, ET AL. C. A. 5th Cir. Certiorari denied. *Morton Birnbaum* for petitioner.

No. 1062, Misc. KEATON *v.* OHIO. Ct. App. Ohio, Pickaway County. Certiorari denied.

No. 1080, Misc. WALLACH *v.* UNGERMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 1089, Misc. GONZALEZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Robert A. Meister* and *Anthony F. Marra* for petitioner. *Frank S. Hogan* and *Michael Juviler* for respondent.

No. 1102, Misc. EVANS *v.* OREGON. Sup. Ct. Ore. Certiorari denied. *Lawrence A. Aschenbrenner* for petitioner. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 230, Misc. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.